U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

Carrie A. Hess v. Blatt, Hassenmiller, Leibsker & Moore, LLC
and John and Jane Does 1-10

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Carrie A. Hess

```
FILED
MARCH 28, 2008                         YM
08CV1820
JUDGE GUZMAN
MAGISTRATE JUDGE SCHENKIER
```

| NAME (Type or print) |
|---|
| Robert K. Lock, Jr. |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Robert K. Lock, Jr. |

| FIRM |
|---|
| R. K. Lock & Associates |

| STREET ADDRESS |
|---|
| 7144 N. Harlem, Suite 323 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| RLOCK2474 | 877-831-5588 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐