UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Carrie Hess, <br><br> Plaintiff, <br><br> vs. <br><br> Blatt, Hassenmiller, Leibsker & Moore, LLC, and John and Jane Does 1 – 10, <br><br> Defendants. | ) ) ) ) ) ) Case No.: 08-cv-1820 ) ) ) ) ) ) |

## NOTICE OF DISMISSAL

**NOW COMES** the Plaintiff, **CARRIE HESS**, and, pursuant to the Federal Rules of Civil Procedure, Rule 41(a), states:

1. Defendant, BLATT, HASSENMILLER, LEIBSKER & MOORE, LLC, was served with a Notice of Lawsuit and Request for Waiver of Summons in this matter.

2. Defendant, BLATT, HASSENMILLER, LEIBSKER & MOORE, LLC, has not filed nor served upon Plaintiff its answer or motion for summary judgment.

**WHEREFORE,** Plaintiff, **CARRIE HESS**, pursuant to the Federal Rules of Civil Procedure, Rule 41(a), voluntarily dismisses this action.

Respectfully Submitted,

/s/ Richard J. Wasik
One of the Attorneys for Plaintiff
Carrie Hess

Richard J. Wasik, Esq.
Law Offices of Richard J. Wasik
1304 W. Washington, 1st Floor
Chicago, Illinois 60607
312-676-1885
312-676-1889 Fax

Robert K. Lock, Jr., Esq.
R.K. Lock & Associates
7144 North Harlem Avenue
Suite 323
Chicago, Illinois 60631
877-831-5588
206-338-6036 Fax

## Proof of Service

    Richard J. Wasik, one of Plaintiff's attorneys, on oath state that I served a copy of this Notice of Dismissal upon the Defendant by serving a copy of this Notice upon Defendant, Blatt, Hassenmiller, Leibsker & Moore, LLC at 125 S. Wacker Drive, Suite 400, Chicago, Illinois 60606, Defendant's last known address, by depositing a copy of said notice, with postage prepaid, in the U.S. Mail Box at Washington & Ada Streets, Chicago, Illinois before 5:00 p.m. on May 16, 2008.

                                       /s/ Richard J. Wasik
                                       One of the Attorneys for Plaintiff
                                       Carrie Hess

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Carrie Hess )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Blatt, Hassenmiller, Leibsker & Moore, LLC, )<br>and John and Jane Does 1 – 10, )<br>)<br>Defendants. ) | Case No.: 08-cv-1820 |

### NOTICE OF FILING

TO:   Blatt, Hassenmiller, Leibsker & Moore, LLC, 125 S. Wacker Drive, Suite 400, Chicago, Illinois 60606

PLEASE TAKE NOTICE that on the 15th day of May 2008, we filed with the Clerk of the Circuit Court of the United States District Court for the Northern District of Illinois, the following document(s), copies of which are attached hereto: Plaintiff's Notice of Voluntary Dismissal.

/s/ Richard J. Wasik

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope address to said attorneys at their business addresses as disclosed by the pleadings of record herein, with postage fully prepaid and by depositing said envelope in the United States Post Office Box at Washington and Ada Streets in Chicago, Illinois before 5 p.m. on the 16th day of May 2008.

/s/ Richard J. Wasik
One of the Attorneys for Plaintiff
Isabella Teresa Friesendorf

Richard J. Wasik, Esq.
Law Offices of Richard J. Wasik
1304 W. Washington Street, 1st Floor
Chicago, Illinois 60607
312-676-1885
312-676-1889 Fax